# CIVIL CALENDAR

**BEFORE:** AMON, J.
**DATE & TIME**     October 14, 2010          10:00am
                                              Length of proceeding - 1hr
**DOCKET NUMBER:** CV-06-3620
**CASE TITLE:** The City of New York v. Milhelm Attea & Bros., Inc., et al.

**APPEARANCES:**
Plaintiff
The City of New York - Eric Proshansky/William Miller/Aaron Bloom


Defendants
Milhelm Attea & Bros./Windward Tobacco, Inc. - Gerald Walsh

Day Wholesale, Inc. - Margaret Murphy (by telephone)

Gutlove & Shirvint - Michael Feldberg

Mauro Pennisi, Inc. - James Simermeyer/Kelly Peters

Interested Party Seneca Nation of Indians - Christopher Kelly/Carol Hechman

**CIVIL CAUSE FOR:** Status Conference

**COURT REPORTER:** Anthony Mancuso

.................................................................................................................................................................

**MINUTES**

Status conference held before Judge Amon on October 14, 2010.
Defendants to serve renewed motions for summary judgment by 11/4/10.
The City to serve response and cross-motion for a preliminary injunction by 11/16/10.
Defendants to file reply an response to cross-motion by 11/30/10.
The City to file reply on cross-motion for preliminary injunction by 12/7/10.