UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

THE CITY OF NEW YORK,

                        Plaintiff,        **NOTICE OF MOTION FOR SUMMARY JUDGMENT**

-against-

MILHELM ATTEA & BROS., INC., DAY        Civil Action No. 06-CV-3620
WHOLESALE, INC., GUTLOVE & SHIRVINT, INC.,       (CBA)(ALC)
MAURO PENNISI, INC., JACOB KERN & SONS,
INC., WINDWARD TOBACCO, INC. and CAPITAL
CANDY COMPANY, INC.

                        Defendants.

---

      **PLEASE TAKE NOTICE** that, upon the affidavit of Peter Day, sworn to on November 3, 2010, and filed under seal with supporting exhibits, the affirmation of Margaret A. Murphy, Esq., dated November 3, 2010 and filed under seal with supporting exhibits, and the accompanying memorandum of law dated November 4, 2010, Defendant Day Wholesale, Inc. ("Defendant"), by its respective undersigned counsel, shall move this Court, on a date and time to be determined by this Court, or as soon as counsel may be heard for an order pursuant to Rule 56 of the Federal Rule of Civil Procedure, and the applicable Local Rules of the United States District Court of the Eastern District of New York, granting Defendant's motion for summary judgment and dismissing the amended complaint filed by Plaintiff City of New York ("Plaintiff"), and for such other and further relief as this Court deems just and proper.

DATED:      Buffalo, New York
               November 3, 2010

                                            Respectfully submitted,

                                            LAW OFFICE OF MARGARET A. MURPHY

                                            By __/s/ Margaret A. Murphy_____
                                            Margaret A. Murphy, Esq. (MM2990)
                                            Attorney for Defendant Day Wholesale, Inc.
                                            5354 Briercliff Drive
                                            Hamburg, New York 14075
                                            Telephone No. (716) 649-1004

TO:     MICHAEL A. CARDOZO
Corporation Counsel for the City of New York
(Eric Proshansky, of counsel
William H. Miller III, of counsel
Aaron M. Bloom, of counsel)
Attorney for the Plaintiff City of New York
100 Church Street, Room 3-158
New York, New York 10007
eproshan@law.nyc.gov
wmiller@law.nyc.gov
abloom@law.nyc.gov

ZDARSKY, SAWICKI & AGOSTINELLI
(Gerald T. Walsh, of counsel
Joseph E. Zdarsky, of counsel)
Attorneys for Defendant Milhelm Attea & Bros., Inc.
and Windward Tobacco, Inc.
404 Cathedral Place
Buffalo, New York 14202
gtwalsh@zsa.cc and gtwalsh59@msn.com
jzdarsky@zsa.cc

JAMES SIMERMEYER, ESQ.
Attorney for Mauro Pennisi, Inc.
101 Avenue of the Americas – 15th Floor
New York, New York 10013-1941
jsimermeyer@cs.com
kelly.peters@simermeyer.com

ALLEN & OVERY LLP
(Michael S. Feldberg, of counsel and
Brian De Haan, of counsel)
Attorneys for Gutlove & Shirvint, Inc.
1221 Avenue of the Americas
New York, New York 10020
michael.feldberg@newyork.allenovery.com
brian.dehaan@allenovery.com

HOLLAND & KNIGHT LLP
(Christopher G. Kelly, of counsel)
Attorneys for the Seneca Nation of Indians
195 Broadway
New York, New York 10007
ckelly@hklaw.com