# ALLEN & OVERY

BY HAND

The Honorable Carol B. Amon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Allen & Overy LLP
1221 Avenue of the Americas
New York NY 10020

Tel          212 610 6300
Fax          212 610 6399
Direct line  212 610 6360
michael.feldberg@allenovery.com

December 8, 2010

Re:   The City of New York v. Milhelm Attea, et al.
      06-CV-3620

Dear Judge Amon:

On behalf of defendant Gutlove and Shirvint, Inc. ("Gutlove"), enclosed please find courtesy copies of the following motion papers:

1. Notice of Motion for Summary Judgment;

2. Memorandum of Law in Support of Gutlove's Motion for Summary Judgment

3. Gutlove's Rule 56.1 Statement;

4. Affidavit of Steven Sussner, with appended exhibits A through C;

5. Plaintiff's Notice of Cross Motion;

6. Plaintiff's Memorandum of Law in Support of its Motion for a Preliminary Injunction and in Opposition to Defendants' Motion for Summary Judgment;

7. Plaintiff's Response to Gutlove's Rule 56.1 Statement;

8. Plaintiff's Declaration of Eric Proshansky, with appended exhibits 1 through 30;

9. Plaintiff's Affidavits of Tracy Young, Christopher Lannon, DTF CI, Thomas Frieden, Maureen Kokeas, Julio Monnell, and Declaration of Patrick Simet, with their respective appended exhibits;

Allen & Overy LLP is a limited liability partnership registered in England and Wales with registered number OC306763. It is regulated by the Solicitors Regulation Authority of England and Wales. Allen & Overy LLP is a multi-jurisdictional law firm with lawyers admitted to practice in a variety of jurisdictions. A list of the members of Allen & Overy LLP and their professional qualifications is open to inspection at its registered office, One Bishops Square, London, E1 6AD and at the above address. The term partner is used to refer to a member of Allen & Overy LLP or an employee or consultant with equivalent standing and qualifications.

Allen & Overy LLP or an affiliated undertaking has an office in each of: Abu Dhabi, Amsterdam, Antwerp, Bangkok, Beijing, Bratislava, Brussels, Budapest, Dubai, Düsseldorf, Frankfurt, Hamburg, Hong Kong, London, Luxembourg, Madrid, Mannheim, Milan, Moscow, New York, Paris, Prague, Riyadh (associated office), Rome, Shanghai, Singapore, Tokyo and Warsaw.

10. Reply Memorandum of Law in Support of Gutlove's Motion for Summary Judgment and in Opposition to Plaintiff's Cross-Motion for a Preliminary Injunction;

11. Declaration of Michael S. Feldberg in Opposition to Plaintiff's Cross-Motion for a Preliminary Injunction and in Support of Gutlove's Motion for Summary Judgment, with appended exhibits A through C;

12. Amended Supplemental Affidavit of Steven Sussner, with appended exhibits A through G;

13. Plaintiff's Reply Memorandum of Law in Support of its Motion for a Preliminary Injunction;

14. Plaintiff's Declaration of Arthur Katz; and

15. Plaintiff's Declaration of Robert Trotta.

In accordance with the Court's Individual Rules, Gutlove has electronically filed its motion papers (the above-numbered items 1 through 4 and 10 through 12).

Respectfully submitted,

Michael S. Feldberg

cc: Hon. Andrew L. Carter, Jr. – By Hand (w/o enclosures)
Eric Proshansky, Esq. – By Regular Mail (w/o enclosures)
All counsel – By ECF (w/o enclosures)