

THE CITY OF NEW YORK

**LAW DEPARTMENT**

**MICHAEL A. CARDOZO**
*Corporation Counsel*

100 CHURCH STREET
NEW YORK, NY 10007

**ERIC PROSHANSKY**
Phone: 212.788.1324
Fax: 212.788.1633
eproshan@law.nyc.gov

May 9, 2011

**BY HAND - COURTESY COPY – ORIGINAL FILED BY ECF**
Honorable Carol B. Amon
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201-1818

> *Re:*   *The City of New York v. Milhelm Attea & Bros, Inc.*, et al., 06 Civ. 3620 (CBA);
> *The City of New York v. Golden Feather Smoke Shop, Inc.*, et al., 08 Civ. 3966
> (CBA)

Dear Judge Amon:

I enclose a copy of today's decision by the Second Circuit Court of Appeals in *Oneida Nation of New York et al v. Cuomo*, et al., 10-4265(L), which upholds the amendments to the New York State Tax Law. This decision bears on various motions pending before the Court in the two captioned cases.

Thank you for your consideration of this matter.

Respectfully submitted,

Eric Proshansky

Enc.

cc:     All Counsel of Record