

MICHAEL A. CARDOZO
*Corporation Counsel Counsel*

THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

Aaron M. Bloom
Phone: (212) 788-0969
Fax: (212) 788-1633
abloom@law.nyc.gov

February 9, 2012

**BY HAND - COURTESY COPY – ORIGINAL FILED BY ECF**
Honorable Carol B. Amon
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201-1818

      *Re:*    *The City of New York v. Milhelm Attea & Bros, Inc.*, et al., 06 Civ. 3620 (CBA);

Dear Judge Amon:

      Accompanying this letter please find two boxes containing courtesy hard copies of Exhibits 2, 12, 19, 33 and 34 to the December 23, 2011 Declaration of Eric Proshansky, as well as a CD containing those exhibits as well.

      Thank you for your consideration of this matter.

Respectfully submitted,

Aaron M. Bloom

Enc.

cc:    All Counsel of Record via ECF (letter only)