UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x

THE CITY OF NEW YORK,

                              Plaintiff,

                    Civil Action No. 06 CV 3620 (CBA)

-against-

MILHELM ATTEA & BROS., INC., DAY
WHOLESALE, INC., GUTLOVE & SHIRVINT, INC.,
MAURO PENNISI, INC., JACOB KERN & SONS, INC.,
WINDWARD TOBACCO, INC. and CAPITAL CANDY
COMPANY, INC.

                              Defendants.

---------------------------------------------------------------- x

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff the City of New York and defendants Milhelm Attea & Bros., Inc., and Windward Tobacco, Inc. that the above-captioned action is voluntarily dismissed, with prejudice, against the defendants Milhelm Attea & Bros., Inc. and Windward Tobacco, Inc. pursuant to Federal Rule of Civil Procedure 41(a)(2), without costs or attorneys' fees to any party.

Dated: March 27, 2012
New York, NY

        MICHAEL A. CARDOZO
        Corporation Counsel of the City of New York
        Attorney for Plaintiff City of New York
        100 Church Street, Rm.20-99
        New York, New York 10007
        (212) 788-1324

        By: Eric Proshansky

        ZDARSKY, SAWICKI & AGOSTINELLI LLP
        Attorneys for Milhelm Attea & Bros., Inc.
        and Windward Tobacco, Inc., Defendants
        298 Main Street, Suite 404
        Buffalo, New York 14202
        (716) 855-3200

        By: Gerald T. Walsh

SO ORDERED:   3/28/12

s/CBA

Carol Bagley Amon
Chief United States District Judge